IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEO GIBNEY, | : | |
| Plaintiff, | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-1913 |
| | : | |
| | : | |
| EVOLUTION MARKETING RESEARCH, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

### ORDER

**AND NOW**, this _____ day of June, 2014, upon consideration of Defendant Evolution Market Research, LLC's Motion to Dismiss the Complaint (Doc. 3), Plaintiff Leo Gibney's Response in Opposition thereto (Doc. 5), and Defendant's Reply (Doc. 8), **IT IS HEREBY ORDERED AND DECREED** that Defendant's motion is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, C. J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated June 10, 2014.